**Petition for Writ of Mandamus Denied and Opinion filed May 6, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00207-CV**

**IN RE R WAYNE JOHNSON, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 2 & Probate Ct**
**Brazoria County, Texas**
**Trial Court Cause No. CI62563**

## MEMORANDUM OPINION

On Monday, April 19, 2021, relator R Wayne Johnson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. The petition before this court does not request any cognizable relief. The petition for writ of mandamus is denied.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.